UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JARED G. BONNEAU,<br><br>                Defendant. | NO. CR-07-0153-EFS<br><br>**ORDER APPROVING PRETRIAL DIVERSION AGREEMENT AND STRIKING PRETRIAL AND TRIAL DATES** |

    The parties in the above-captioned matter entered into an Unsupervised Deferred Prosecution Agreement ("the Agreement"). The Court finds Defendant agreed to comply with the terms and conditions of the Agreement, including agreeing to pay the cost of treatment and any other conditions of this deferred prosecution. The Court also finds that Defendant's acceptance of the Agreement, which includes continuing any potential trial date, was knowing and voluntary. Accordingly, **IT IS HEREBY ORDERED:**

    1. The Agreement (Ct. Rec. \_\_) is **APPROVED** without passing judgment on the merits or wisdom of the diversion. The Government shall immediately mail the original Agreement to the Richland Clerk's Office (825 Jadwin Ave., Ste 174, Richland, WA 99352).

    2. Defendant shall comply with all the terms and conditions as set forth in the Agreement.

ORDER APPROVING DIVERSION AGREEMENT ~ 1

3. Defendant shall not be supervised by the U.S. Probation Office during the deferral period.

4. The Pretrial Conference and Trial dates are **STRICKEN**. Should prosecution of this case be resumed, a trial date shall be reset, and speedy trial time excluded under 18 U.S.C. § 3161(h)(1)(C).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and U.S. Probation Office.

**DATED** this 9th day of January, 2008.


                            S/ Edward F. Shea
                            EDWARD F. SHEA
                         United States District Judge

C:\Documents and Settings\hernandez\Local Settings\Temp\notes6030C8\6025.pretrial.div.wpd

ORDER APPROVING DIVERSION AGREEMENT ~ 2